IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

```
. . . . . . . . . . . . . . . . .  )
                                    )
THELMA DIANN AUSTIN,                )
                  Plaintiff,        )
                                    )
V.                                  )  Civil Action No.5:03cv548DCB-MTP
                                    )
JO ANNE B. BARNHART,                )
Commissioner of Social              )
Security Administration,            )
                  Defendant.        )
. . . . . . . . . . . . . . . . .  )
```

## AGREED ORDER OF DISMISSAL

This matter having come on for hearing through the Stipulation of Dismissal by the Plaintiff, Thelma Diann Austin, by her counsel of record, and the Defendant, Jo Anne B. Barnhart, Commissioner of Social Security Administration (Commissioner), by and through the United States Attorney, to dismiss this civil action with prejudice, as the Plaintiff was awarded Social Security benefits that were sought through the Complaint filed herein and the issues in this case have been resolved. The Court being fully advised in the premises finds that this case should be dismissed with prejudice.

IT IS THEREFORE ORDERED that the above-captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the _5th_ day of _December_, 2006.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

_____
JOHN T. BALL
Attorney for Plaintiff

_____
FELICIA C. ADAMS
Assistant United States Attorney